GARY M. RESTAINO
United States Attorney
District of Arizona
DIMITRA H. SAMPSON
Assistant United States Attorney
Arizona State Bar No. 019133
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: dimitra.sampson@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 09 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Wyatte Johnson Benally,<br><br>　　　　　Defendant. | No. CR-22-8009-PCT-DJH (JZB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 7 and 113(a)(6)<br>(Assault Resulting in Serious Bodily Injury)<br>Counts 1 and 2<br><br>18 U.S.C. § 7 and 36 C.F.R. § 4.23(a)(1)<br>(Operating A Motor Vehicle Under the Influence of Alcohol)<br>Count 3<br><br>18 U.S.C. § 7 and 36 C.F.R. § 4.23(a)(2)<br>(Operating a Motor Vehicle with Alcohol Concentration of 0.08 Grams or More)<br>Count 4 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about November 20, 2021, in the District of Arizona, within the Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant, WYATTE JOHNSON BENALLY, did knowingly and recklessly assault K.B., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 7 and 113(a)(6).

## COUNT 2

On or about November 20, 2021, in the District of Arizona, within the Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant, WYATTE JOHNSON BENALLY, did knowingly and recklessly assault E.B., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 7 and 113(a)(6).

## COUNT 3

On or about November 20, 2021, in the District of Arizona, within the Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant, WYATTE JOHNSON BENALLY, did operate a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation.

In violation of Title 18, United States Code, Section 7 and 36 C.F.R., Section 4.23(a)(1).

## COUNT 4

On or about November 20, 2021, in the District of Arizona, within the Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant, WYATTE JOHNSON BENALLY, did operate a motor vehicle with a breath alcohol concentration of .08 grams or more of alcohol per 210 liters of breath.

In violation of Title 18, United States Code, Section 7 and 36 C.F.R., Section 4.23(a)(2).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: March 9, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
DIMITRA H. SAMPSON
Assistant U.S. Attorney