AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Arizona

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
JUN 17 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America
v.

Wyatte Johnson Benally

*Defendant*

Case No. CR-22-08009-01-PCT-DJH

JN14 22 12:25PM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Wyatte Johnson Benally ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Pretrial Release Violations

Date: 6/14/2022

*Issuing officer's signature*

City and state: Flagstaff, Arizona

Camille D. Bibles/U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 6/14/2022 , and the person was arrested on *(date)* 6/15/2022
at *(city and state)* Flagstaff, AZ .

Date: 6/15/2022

*Arresting officer's signature*

T Scott DUSM 31534
*Printed name and title*

CC: USM & PTS (by MCC)